# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### *Pro Se* Non-Prisoner Complaint Form

*[Enter the full name of the plaintiff in this action]*

Daryl Linard Brant

_____

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

Govenor Nikki Haley

SC Department of Revenue

North Charleston Police Department

Officer Daniel Lynn Green (NCPD)

_____

_____

_____

_____

_____

)  Civil Action No.
)  2:14-cv-1132-DCN-BHH
)  *(to be assigned by Clerk)*
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
USDC, CLERK, CHARLESTON, SC
2014 MAR 25 P 1:29

***If allowed by statute, do you wish to have a trial by jury?* Yes** ✓ **No** _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

## I.  PREVIOUS LAWSUITS

    A.   *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

        Yes _____    No ✓

    B.   *If your answer to A is Yes, describe the lawsuit in the space below.  [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

        *1.*   *Parties to this previous lawsuit:*
           *Plaintiff:* _____
           *Defendant(s):* _____
        *2.*   *Court:* _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____     No __✓__

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Daryl Linard Bright

   Address: 7658 Stonehaven Drive North Charleston SC 29420

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Governor Nikki R. Haley

   Address: 1205 Pendleton St. Columbia SC 29201

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

   Officer Daniel Ryan Greene
   2500 City Hall Lane gnc
   North Charleston SC 29406

   City of North Charleston Police Department
   2500 City Hall Lane
   North Charleston SC 29406

## III. STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

**III. STATEMENT OF CLAIM** - *continued.*

Govenor Nikki Haley is overall responsible for not passing legislation that ultimately led to personal information becoming compromised, such as my tax information and my social security number. The Department of Revenue is responsible because they are the agency that is responsible for (protecting) my tax information and social security number becoming compromised. The City of North Charleston Police Department is overall responsible for the conduct of their officers. Officer Daniel Ryan Greene falsely arrested me. The transport officer violated my safety by not putting on a seatbelt when I was being transported (falsely) to jail. She was making turns that caused me to slide all over the back seat. Also, Govenor Nikki Haley did not provide the funding that was necessary to protect citizens like my self. When officer Daniel Ryan Greene falsely arrested me, he violated my civil rights, and acted as a criminal by molesting my buttocks.

**IV. RELIEF.**

*State briefly and exactly what you want this court to do for you.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 25th day of March , 20 14.

_____
*Signature of Plaintiff*